# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**IPSCO TUBULARS, INC.**                                                                      **PLAINTIFF**
**d/b/a TMK IPSCO**

**v.**                     **CASE NO. 3:010CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                                       **DEFENDANT**

## ORDER

Based upon the arguments in today's telephone conference and the entire record, the scheduling order is modified as follows:

1. TMK IPSCO shall produce all documents required by the order of October 15, 2012, no later than November 30, 2012.

2. Expert discovery shall be completed as follows: (a) TMK IPSCO shall disclose its expert witnesses and produce reports on or before January 4, 2013; (b) Ajax shall disclose its expert witnesses and produce reports on or before January 30, 2013; and (c) the deadline to depose expert witnesses is March 22, 2013.

All other deadlines shall remain the same as set forth in the third amended final scheduling order [Doc. No. 73].

IT IS SO ORDERED this 19th day of November 2012.

                                                                                           UNITED STATES DISTRICT JUDGE