## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**IPSCO TUBULARS, INC.**
**d/b/a TMK IPSCO**                                                                     **PLAINTIFF**

**v.**                          **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                                         **DEFENDANT**

### ORDER

The unopposed motion to clarify [Doc. No. 91] filed by defendant Ajax Tocco Magnethermic Corporation is granted, and Ajax is permitted to file its amended answer with affirmative defenses.

IT IS SO ORDERED this 5th day of February 2013.

_____
UNITED STATES DISTRICT JUDGE