**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**IPSCO TUBULARS, INC.**
**d/b/a TMK IPSCO**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                                       **DEFENDANT**

**ORDER**

Defendant Ajax Tocco Magnethermic Corporation's ("Ajax") motion to strike [Doc. No. 100] is denied. Specifically, Ajax seeks to strike paragraphs 41 through 241 of plaintiff IPSCO Tubulars, Inc.'s ("IPSCO") supplemental response. [Doc. No. 99]. As IPSCO correctly points out, however, those additional factual statements are taken entirely from its original response to the motion for summary judgment, to which Ajax had the opportunity, and did in fact, reply. [Doc. No. 97]. Accordingly, the motion to strike [Doc. No. 100] is denied.

IT IS SO ORDERED this 11th day of March 2013.

_____
UNITED STATES DISTRICT JUDGE