IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**IPSCO TUBULARS, INC.**
**d/b/a TMK IPSCO**                                                                                 **PLAINTIFF**

v.                                    CASE NO. 3:010CV00021 BSM

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                                                     **DEFENDANT**

### ORDER

Plaintiff IPSCO Tubulars, Inc.'s ("IPSCO") motion for a ruling [Doc. No. 109] is denied. The discovery deadline has passed and IPSCO now seeks to take video trial depositions of Ajax witnesses Jorn Jensen, Wanda Stankewich, and David Lazor. IPSCO can use the discovery depositions taken of these witnesses at trial.

IPSCO further seeks guidance on the mode and order of evidence to be presented at trial. While IPSCO states that it believes the witnesses are subject to subpoena and that defendant Ajax Tocco Magnethermic Corporation ("Ajax") will oppose any subpoenas, IPSCO has not yet issued subpoenas for these witnesses. A ruling on this issue will be made when the issue is ripe.

Finally, it appears the parties are fretting over the amount of time set aside for the trial and are at odds regarding how the evidence is to be presented. The parties are reminded that this is a bench trial and the normal concerns of style and method of presentation should not be a factor.

IT IS SO ORDERED this 11th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE