IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**IPSCO TUBULARS INC.**                                                                                    **PLAINTIFF**

v.                              **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNATHERMIC**
**CORPORATION**                                                                                               **DEFENDANT**

**ORDER**

John Tull, III, Stephen J. Butler, Kimberly E. Ramundo, Joseph B. Russell, Robert Steven Appleton, Jr., Sherry McGee Murphy, Kevin Crass, Rob Ducatman, Chris McLaughlin, Jeff Saks, Lucas Franklin, Alissa Hamman, John Stringer and Gerry Jackson are hereby authorized to bring a cell phone, laptop computer, small portable printer, or personal digital assistant into the Richard Sheppard Arnold United States Federal Courthouse in Little Rock beginning Monday, May 6, 2013, and each day thereafter until the trial is completed in the above styled case, subject to the following rules:

(a) The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

(b) Cell phones must be turned off and put away when in the courtroom.

(c) Wireless internet components of electronic devices must be deactivated when in district courtrooms.

(d) Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing

    the devise through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

(e)  The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

  A violation of paragraph (a), (b), or (c) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions. A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

  IT IS SO ORDERED this 16th day of April 2013.

                 _/s/ Brian S. Miller_
                 UNITED STATES DISTRICT JUDGE