IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**IPSCO TUBULARS, INC.**                                              **PLAINTIFF**

**v.**                   **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNATHERMIC**
**CORPORATION**                                                    **DEFENDANT**

## ORDER

Pursuant to Amended General Order No. 54, Diane M. Goderre and Jakob Barshick are hereby authorized to bring electronic devices into the Richard Sheppard Arnold United States Courthouse in Little Rock, beginning Monday, May 6, 2013, and each day thereafter until the trial is completed.

IT IS SO ORDERED this 29th day of April 2013.

                                                                             _/s/ Brian S. Miller_
                                                           UNITED STATES DISTRICT JUDGE