**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**IPSCO TUBULARS, INC.**                                                **PLAINTIFF**

**v.**                 **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                        **DEFENDANT**

## ORDER

Pursuant to Amended General Order No. 54, plaintiff IPSCO Tubulars, Inc. is hereby authorized to bring the following exhibits into the Richard Sheppard Arnold United States Courthouse in Little Rock, beginning Monday, May 6, 2013, and each day thereafter until the trial is completed: Ex. 302 - Tubing (2 feet long X 2 3/8 inches in diameter), Casing (2 feet long X 4 ½ inches in diameter), and cross-sections of pipe (2 feet long each); and Ex. 313 - Quench barrel and insert (quench barrel is 3 feet in diameter and weighs 50-60 pounds).

IT IS SO ORDERED this 29th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE