**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**IPSCO TUBULARS, INC.**
**d/b/a TMK IPSCO**                                                                                    **PLAINTIFF**

**v.**                             **CASE NO. 3:010CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                                                      **DEFENDANT**

**ORDER**

Plaintiff IPSCO Tubulars, Inc.'s ("IPSCO") motions to exclude [Doc. Nos. 117, 118] are denied. Because this is a bench trial, the determination as to whether the evidence should be excluded, along with what weight to give it, can be better made at trial.

IT IS SO ORDERED this 30th day of April 2013.

_____
UNITED STATES DISTRICT JUDGE