**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**IPSCO TUBULARS, INC.
d/b/a TMK IPSCO**                                                                                        **PLAINTIFF**

**v.**                                   **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC
CORPORATION**                                                                                            **DEFENDANT**

## ORDER

The official transcript following the bench trial in this case shall be completed no later than June 7, 2013.  The parties are directed to file their written submissions simultaneously on July 17, 2013.  Closing arguments will commence at 10:00 a.m. on August 16, 2013, in Courtroom 314, United States Courthouse, 617 Walnut Street, Helena, Arkansas.

IT IS SO ORDERED this 28th day of May 2013.

_____
UNITED STATES DISTRICT JUDGE