**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**IPSCO TUBULARS, INC.**                                                                  **PLAINTIFF**

**v.**                              **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNATHERMIC**
**CORPORATION**                                                                            **DEFENDANT**

## ORDER

Pursuant to Amended General Order No. 54, Stephen J. Butler, Diane M. Goderre, Kimberly Ramundo, David Hernandez, Christopher McLaughlin, Lucas Franklin, Kevin Crass and Robert Ducatman are hereby authorized to bring electronic devices into the United States Courthouse in Helena, Arkansas, on Friday, August 16, 2013, for closing arguments.

IT IS SO ORDERED this 12th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE