**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**IPSCO TUBULARS, INC.**                                                                             **PLAINTIFF**

**v.**                              **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNATHERMIC**
**CORPORATION**                                                                                              **DEFENDANT**

## ORDER

Pursuant to Amended General Order No. 54, John Stringer and Will Ferrell are hereby authorized to bring electronic devices into the United States Courthouse in Helena, Arkansas, on Friday, August 16, 2013 for closing arguments.

IT IS SO ORDERED this 14th day of August 2013.

_____
UNITED STATES DISTRICT JUDGE