**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**IPSCO TUBULARS, INC.**                                                     **PLAINTIFF**

**v.**                      **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNATHERMIC
CORPORATION**                                                  **DEFENDANT**

## ORDER

Pursuant to Amended General Order No. 54, John Stringer and Will Ferrell are hereby authorized to bring electronic devices into the United States Courthouse in Helena, Arkansas, on Friday, August 16, 2013 for closing arguments.

IT IS SO ORDERED this 14th day of August 2013.

                                                               _/s/ Brian S. Miller_
                                                    UNITED STATES DISTRICT JUDGE