IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**IPSCO TUBULARS, INC.**                                                                              **PLAINTIFF**
**d/b/a TMK IPSCO**

v.                              CASE NO. 3:10CV00021 BSM

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the order that was entered this day, judgment is entered in favor of IPSCO and against Ajax in the amount of $5,162,298.55.

IT IS SO ORDERED this 25th day of September 2013.

_____
UNITED STATES DISTRICT JUDGE