## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**IPSCO TUBULARS, INC.**                                                                    **PLAINTIFF**

**v.**                                  **CASE NO. 3:10CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                                             **DEFENDANT**

### ORDER

Plaintiff's motion for fees and costs [Doc. No. 171] is denied without prejudice but

will be considered once the Eighth Circuit Court of Appeals rules on the issues before it.

Defendant's motion for leave to file a sur-reply [Doc. No. 190] is also denied without

prejudice.  For docketing purposes, plaintiff is directed to file a very short request for

consideration of its motion for fees and costs once the Eighth Circuit has ruled.

IT IS SO ORDERED this 26th day of November 2013.

_____
UNITED STATES DISTRICT JUDGE