**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**IPSCO TUBULARS, INC.**                                              **PLAINTIFF**
**d/b/a TMK IPSCO**

**v.**                            **CASE NO: 3:10CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**                                                       **DEFENDANT**

**ORDER**

IPSCO's request [Doc. No. 208] to reinstate its motion for fees and costs [Doc. No.

171] is granted and said motion is hereby reinstated.  IPSCO motion's for leave to file its

previously-prepared memorandum in opposition to Ajax's original motion for leave to file

a sur-reply [Doc. No. 210] is granted and the clerk is directed to docket IPSCO's proposed

opposition attached as exhibit A to its reply [Doc. No. 210].

IT IS SO ORDERED this 5th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE