IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**IPSCO TUBULARS, INC.**  **PLAINTIFF**
**d/b/a TMK IPSCO**

**v.**  **CASE NO: 3:10CV00021 BSM**

**AJAX TOCCO MAGNETHERMIC**
**CORPORATION**  **DEFENDANT**

## ORDER

Ajax's request for leave [Doc. No. 209] to file a sur-reply memorandum in opposition to IPSCO's motion for fees and costs [Doc. No. 171] is granted and Ajax is directed to file its sur-reply on or before January 20, 2016.

IT IS SO ORDERED this 6th day of January 2016.

_____
UNITED STATES DISTRICT JUDGE